IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 MAR 24  AM 9: 20

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| SAMMY TAWAKKOL, | § |
| PLAINTIFF, | § |
| | § |
| V. | § CAUSE NO. 1:19-CV-513-LY |
| | § |
| MANAGER SHEILA VASQUEZ, IN HER | § |
| OFFICIAL CAPACITY AS MANAGER | § |
| OF THE TEXAS DEPARTMENT OF | § |
| PUBLIC SAFETY–SEX OFFENDER | § |
| REGISTRATION BUREAU, AND | § |
| DIRECTOR STEVEN MCCRAW, | § |
| IN HIS OFFICIAL CAPACITY OF | § |
| DIRECTOR OF THE TEXAS | § |
| DEPARTMENT OF PUBLIC SAFETY, | § |
| DEFENDANTS. | § |

## ORDER

On March 23, 2020, the court conducted a telephone conference with the attorneys representing the parties in the cause.  Pursuant to the court's rulings at the conclusion of the telephone conference,

**IT IS ORDERED** the **Bench Trial** set March 30, 2020, at 9:30 a.m. is **CANCELED** pending further order of the court.

SIGNED this _23rd_ day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE