IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 4 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| SAMMY TAWAKKOL,<br>*Plaintiff,*<br><br>v.<br><br>MANAGER SHEILA VASQUEZ, *et al.*,<br>*Defendants.* | §<br>§<br>§<br>§    Civil Action No. 1:19-cv-00513<br>§<br>§<br>§ |

### ORDER

This day the Court considered Defendants' Unopposed Motion to Amend the Judgment Pursuant to Federal Rule of Civil Procedure 59(e). After considering Defendants' motion, the Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' Motion to Amend the Judgment is **GRANTED**.

**FURTHER**, the Permanent Injunction and Final Judgment entered on March 29, 2022 (ECF No. 77) is hereby amended to read as follows:

**BE IT REMEMBERED** that on August 20, 2021, the Court called the above styled and numbered cause for bench trial, all parties announced ready, and the trial proceeded and concluded. On March 29, 2022, by separate Findings of Fact and Conclusions of Law, the Court concluded that Plaintiff Sammy Tawakkol is not subject to register as an extrajurisdictional registrant under Texas's sex-offender registration system, rendering Defendants' order for him to do so unlawful. Therefore,

The Court **HEREBY DECLARES** that Plaintiff Sammy Tawakkol is not required to register as a sex offender under federal or military law as in effect at the time of this decision, on the basis of his prior conviction under Article 120c and Article 80 of the Uniform Code of Military Justice.

The Court **FURTHER DECLARES** that Plaintiff Sammy Tawakkol is not an "extrajurisdictional registrant" under Texas law in effect at the time of this decision.

**IT IS FURTHER ORDERED** that Defendants Sheila Vasquez and Steven McCraw, as well

as their employees, agents, servants, designees, and successors in office are **HEREBY ENJOINED** from requiring Plaintiff Sammy Tawakkol to register as a sex offender in Texas, on the basis of his prior conviction under Article 120c and Article 80 of the Uniform Code of Military Justice.

**IT IS FURTHER ORDERED** that Plaintiff Sammy Tawakkol be awarded costs.

Any claim for attorney's fees incurred in this action will be determined post-judgment and pursuant to Rule CV-54(b), of the Local Rules of the United States District Court for the Western District of Texas.

As all disputes among the parties have been resolved, the Court renders the following Final Judgment, as amended by this order, pursuant to Federal Rules of Civil Procedure 58 and 59(e).

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**IT IS SO ORDERED.**

SIGNED on this __4th__ day of __May__, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE