IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SAMMY TAWAKKOL,<br>　　Plaintiff,<br><br>v.<br><br>SHEILA VASQUEZ, et al.,<br>　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION: 1:19-CV-513-LY<br>§<br>§<br>§ |

## ORDER

Before the Court is Defendants' Unopposed Motion to Substitute Attorney-in-Charge. The motion is GRANTED.

It is ORDERED that Assistant Attorney General Christopher Lee Lindsey shall be entered as the Attorney-in-Charge for Defendants Sheila Vasquez and Steven McCraw. It is further ORDERED that Evan Weltge and Courtney Corbello shall be removed as attorney of record and attorney to be noticed in this case.

SIGNED this _____ day of _May_____, 2022.

_____
PRESIDING JUDGE