# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SAMMY TAWAKKOL, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION: 1:19-CV-513-LY |
| § | |
| SHEILA VASQUEZ, et al., § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Sheila Vasquez and Steven McCraw appeal this Court's permanent injunction, final judgment, and award of costs (Docs. 77), as amended (Doc. 82), to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

/s/CHRISTOPHER LEE LINDSEY
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-in-Charge
State Bar No.  24065628

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 370-9314 Fax No.
christopher.lindsey@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, certify that a true copy of the foregoing has been served on opposing counsel by electronic noticing on May 26, 2022.

/s/ CHRISTOPHER LEE LINDSEY
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General